| | |
|---|---|
| 1 | ROBERTA L. STEELE, SBN 188198 (CA) |
| | MARCIA L. MITCHELL, SBN 18122 (WA) |
| 2 | RAYMOND T. CHEUNG, SBN 176086 (CA) |
| | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
| 3 | San Francisco District Office |
| | 450 Golden Gate Ave., 5th Floor West |
| 4 | P.O. Box 36025 |
| | San Francisco, CA 94102 |
| 5 | Telephone No. (650) 684-0936 |
| | Fax No. (415) 522-3425 |
| 6 | raymond.cheung@eeoc.gov |
| 7 | *Attorneys for Plaintiff EEOC* |
| 8 | |
| 9 | ERIC S. DREIBAND (pro hac vice) |
| | D.C. Bar No. 497285 |
| 10 | edreiband@jonesday.com |
| | REBECCA S. BEALE (pro hac vice) |
| 11 | D.C. Bar No. 90019702 |
| | rbeale@jonesday.com |
| 12 | JONES DAY |
| | 51 Louisiana Ave NW |
| 13 | Washington, DC 20001 |
| | Telephone: 1.202.879.3780 |
| 14 | Fax: 1.202.626.1700 |
| 15 | *Attorneys for Defendant* |
| | *LUSH HANDMADE COSMETICS, LLC* |
| 16 | (Additional counsel listed on next page) |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | | Case No.: 5:24-cv-06859-PCP |
| Plaintiff, | | **~~(PROPOSED)~~ SCHEDULING ORDER** |
| vs. | | |
| LUSH HANDMADE COSMETICS LLC, f/k/a LUSH COSMETICS LLC, | | |
| Defendant. | | |

PAUL V. SIMPSON, BAR NO. 83878
psimpson@sgijlaw.com
KENDALL M. BURTON, BAR NO. 228720
kburton@sgijlaw.com
SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, California 94080
Telephone: (650) 615-4860
Fax: (650) 615-4861

*Attorneys for Defendant*
*LUSH HANDMADE COSMETICS, LLC*

///

///

# [PROPOSED] ORDER

The Court, having reviewed the Parties' Stipulation and finding good cause shown, GRANTS the Parties' request to continuing the following deadlines:

| Event | Deadline |
|---|---|
| Deadline to exchange Initial Disclosures | February 14, 2025 |
| Deadline to file Joint Case Management Statement | February 18, 2025 |
| Initial Case Management Conference, 1 P.M. Ct. Rm. 8, 4th Floor | March 4, 2025 |

IT IS SO ORDERED.

DATED: December 27, 2024

_____
The Honorable P. Casey Pitts
Judge of the United States District Court
for the Northern District of California