1  ROBERTA L. STEELE, SBN 188198 (CA)
   MARCIA L. MITCHELL, SBN 18122 (WA)
2  RAYMOND T. CHEUNG, SBN 176086 (CA)
   U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
   450 Golden Gate Ave., 5th Floor West
4  P.O. Box 36025
   San Francisco, CA 94102
5  Telephone No. (650) 684-0910
   Fax No. (415) 522-3425
6
   *Attorneys for Plaintiff EEOC*
7
   ERIC S. DREIBAND (pro hac vice)
8  D.C. Bar No. 497285
   edreiband@jonesday.com
9  REBECCA S. BEALE (pro hac vice)
   D.C. Bar No. 90019702
10 rbeale@jonesday.com
   JONES DAY
11 51 Louisiana Ave NW
   Washington, DC 20001
12 Telephone: 1.202.879.3780
   Fax: 1.202.626.1700
13
   *Attorneys for Defendant*
14 *LUSH HANDMADE COSMETICS, LLC*

15 (Additional counsel listed on next page)

16

17                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
18                           SAN JOSE DIVISION

19

20 U.S. EQUAL EMPLOYMENT                    Case No.: 5:24-cv-06859-PCP
   OPPORTUNITY COMMISSION,
21
              Plaintiff,                    **STIPULATION TO STAY PENDING**
22                                          **DEADLINES AND DISMISS WITH**
        vs.                                 **PREJUDICE**
23
   LUSH HANDMADE COSMETICS LLC,             **Complaint Filed: September 30, 2024**
24 f/k/a LUSH COSMETICS LLC,

25            Defendant.

26

27

28

1  PAUL V. SIMPSON, BAR NO. 83878
   psimpson@sgijlaw.com
2  KENDALL M. BURTON, BAR NO. 228720
   kburton@sgijlaw.com
3  SIMPSON, GARRITY, INNES & JACUZZI
   Professional Corporation
4  601 Gateway Boulevard, Suite 950
   South San Francisco, California 94080
5  Telephone: (650) 615-4860
   Fax: (650) 615-4861
6
7  *Attorneys for Defendant*
   *LUSH HANDMADE COSMETICS, LLC*
8
   ///
9
   ///
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION TO DISMISS EEOC LITIGATION**

Plaintiff U.S. Equal Employment Opportunity Commission (EEOC) and Defendant Lush Handmade Cosmetics, LLC (Lush) (together, the "parties") hereby stipulate to stay pending deadlines and dismiss with prejudice the EEOC's claims against the Lush in this action. In support of this stipulation, EEOC states the following.

1. On January 20, 2025, President Trump issued an Executive Order titled "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government." ("the Order")

2. On January 29, 2025, the Office of Personnel Management issued "Initial Guidance Regarding President Trump's Executive Order Defending Women" directing that all federal employees must comply with and take actions to effectuate the Order. ("OPM Guidance")

3. The EEOC's continued litigation of the claims in this action may be inconsistent with the Order and the OPM Guidance.

For the foregoing reasons, the parties respectfully request that the Court stay pending deadlines and dismiss with prejudice the EEOC's claims on the following terms:

A. Stay the current deadlines pending dismissal of the EEOC's claims, as follows:

| Event | Current Deadline |
|---|---|
| Deadline to exchange Initial Disclosures | February 14, 2025 |
| Deadline to file Joint Case Management Statement | February 18, 2025 |
| Initial Case Management Conference, 1 P.M., Ct. Rm. 8, 4th Floor | March 4, 2025 |

B. Dismissal of the EEOC's complaint shall be effective 30 days after the Court's Order on this Stipulation, to permit the Charging Party and the aggrieved individuals an opportunity to seek private counsel and intervene in this action. *See* 42 U.S.C. §2000e-5(f)(1) ("The person or persons aggrieved shall have the right to intervene in

a civil action brought by the Commission . . . .").  Nothing about this stipulation limits or deprives Lush of any defenses it may have to any claim or intervention by the Charging Party and the aggrieved individuals.

    C.  Each party to this action shall bear its own fees and costs with respect to the dismissed EEOC claims.

Respectfully submitted,

Dated: February 14, 2025

Christopher Lage
Deputy General Counsel

*/s/ Roberta L. Steele*
Roberta L. Steele
Regional Attorney, San Francisco District Office

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102
Telephone No. (650) 684-0936
Fax No. (415) 522-3425
raymond.cheung@eeoc.gov

*Attorneys for Plaintiff EEOC*


Dated: February 14, 2025

BY:  */s/ Eric S. Dreiband*

ERIC S. DREIBAND (pro hac vice)
D.C. Bar No. 497285
edreiband@jonesday.com
REBECCA S. BEALE (pro hac vice)
D.C. Bar No. 90019702
rbeale@jonesday.com
JONES DAY
51 Louisiana Ave NW
Washington, DC 20001
Telephone: 1.202.879.3780
Fax: 1.202.626.1700

1
2  PAUL V. SIMPSON, BAR NO. 83878
   psimpson@sgijlaw.com
3  KENDALL M. BURTON, BAR NO. 228720
   kburton@sgijlaw.com
4  SIMPSON, GARRITY, INNES & JACUZZI
   Professional Corporation
5  601 Gateway Boulevard, Suite 950
   South San Francisco, California 94080
6  Telephone: (650) 615-4860
   Fax: (650) 615-4861
7
   *Attorneys for Defendant*
8  *LUSH HANDMADE COSMETICS, LLC*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LOCAL RULE 5-1(I)(3) ATTESTATION**

I, Raymond T. Cheung, am the ECF User whose ID and password are being used to file the foregoing document. In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for Defendant concurred in this filing on February 14, 2025.

Dated: February 14, 2025

BY:  /s/ Raymond T. Cheung