```
ROBERTA L. STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
RAYMOND T. CHEUNG, SBN 176086 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102
Telephone No. (650) 684-0910
Fax No. (415) 522-3425
```

*Attorneys for Plaintiff EEOC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LUSH HANDMADE COSMETICS LLC, f/k/a LUSH COSMETICS LLC,<br><br>Defendant. | Case No.:  5:24-cv-06859-PCP<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**Please Take Notice** that hereby Raymond T. Cheung, an attorney of record for the Plaintiff, U.S. Equal Employment Opportunity Commission in the above-captioned matter, files this Notice of Withdrawal.  The U.S. Equal Employment Opportunity Commission will be represented by the remaining attorneys of record.

///

///

1 | Respectfully submitted,

2 | Dated: February 25, 2025

3 | ROBERTA STEELE
4 | Regional Attorney

5 | MARCIA L. MITCHELL
  | Assistant Regional Trial Attorney

6 | RAYMONG T. CHEUNG
7 | Senior Trial Attorney

8 | BY:   */s/ Raymond T. Cheung*
9 |       U.S. EQUAL EMPLOYMENT
         OPPORTUNITY COMMISSION
10 |     San Francisco District Office
         450 Golden Gate Ave., 5th Floor West
11 |     P.O. Box 36025
         San Francisco, CA 94102
12 |     Telephone (650) 684-0936

13 |                *Attorneys for Plaintiff EEOC*