1  ERIC S. DREIBAND (pro hac vice)
   D.C. Bar No. 497285
2  esdreiband@jonesday.com
   REBECCA S. BEALE (pro hac vice)
3  D.C. Bar No. 90019702
   rbeale@jonesday.com
4  JONES DAY
   51 Louisiana Ave NW
5  Washington, DC 20001
   Telephone: 1.202.879.3780
6  Fax: 1.202.626.1700

7  *Attorneys for Defendant*
   *LUSH HANDMADE COSMETICS, LLC*
8

9  (Additional counsel listed below)

10

11                    UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
12                              SAN JOSE DIVISION

13
    U.S. EQUAL EMPLOYMENT                  Case No.:  5:24-cv-06859-PCP
14  OPPORTUNITY COMMISSION,

15         Plaintiff,                      **RESPONSE TO PROSPECTIVE
                                           INTERVENOR PLAINTIFFS' MOTION
16         vs.                             FOR LEAVE TO INTERVENE AS
                                           PLAINTIFFS**
17  LUSH HANDMADE COSMETICS LLC,
    f/k/a LUSH COSMETICS LLC,              **Honorable District Judge P. Casey Pitts**
18
           Defendant.
19

20

21

22  PAUL V. SIMPSON, BAR NO. 83878
    psimpson@sgijlaw.com
23  KENDALL M. BURTON, BAR NO. 228720
    kburton@sgijlaw.com
24  SIMPSON, GARRITY, INNES & JACUZZI
    Professional Corporation
25  601 Gateway Boulevard, Suite 950
    South San Francisco, California 94080
26  Telephone: (650) 615-4860
    Fax: (650) 615-4861
27
    *Attorneys for Defendant*
28  *LUSH HANDMADE COSMETICS, LLC*

EEOC v. Lush Handmade Cosmetics LLC
Response to Prospective Intervenor Plaintiffs' Motion for Leave     1     Case No.: 5:24-cv-06859-PCP
to Intervene as Plaintiffs

**RESPONSE TO PROSPECTIVE INTERVENOR PLAINTIFFS' MOTION FOR LEAVE TO INTERVENE AS PLAINTIFFS**

Defendant Lush Handmade Cosmetics, LLC (Lush) states in response to the Prospective Intervenor Plaintiffs' Motion for Leave to Intervene as follows:

1. On March 6, 2025, two prospective intervenor plaintiffs identified as Emma Cate Robertson and Mx. Harris ("Prospective Plaintiff Intervenors") filed Prospective Intervenor Plaintiffs' Notice of Motion and Motion for Leave to Intervene as Plaintiffs, and related papers including a proposed complaint in intervention. *See* ECF No. 29 and related documents.

2. At this time, and without waiving any future claims or defenses, Lush does not oppose intervention by the Prospective Plaintiff Intervenors. Mx. Harris has chosen to plead anonymously. *See* ECF No. 29, n.1. Lush is consequently unaware of this prospective plaintiff's identity and lacks any substantial information beyond the Motion for Leave to Amend and related papers from which to assess the propriety of intervention or Mx. Harris' allegations.

3. Lush preserves all claims or defenses it has or may have against either of the Prospective Plaintiff Intervenors, and does not waive the future ability to challenge intervention at or after discovery should new and pertinent information come to light. Indeed, Lush may raise any appropriate challenges and defenses to the claims asserted by either Prospective Plaintiff Intervenor or both of them.

Respectfully submitted,

Date: March 20, 2025

BY:  /s/ Eric S. Dreiband

ERIC S. DREIBAND (pro hac vice)
D.C. Bar No. 497285
esdreiband@jonesday.com
REBECCA S. BEALE (pro hac vice)
D.C. Bar No. 90019702

EEOC v. Lush Handmade Cosmetics LLC
Response to Prospective Intervenor Plaintiffs' Motion for Leave to Intervene as Plaintiffs

2

Case No.: 5:24-cv-06859-PCP

| | |
|---|---|
| 1 | rbeale@jonesday.com |
| | JONES DAY |
| 2 | 51 Louisiana Ave NW |
| | Washington, DC 20001 |
| 3 | Telephone: 1.202.879.3780 |
| | Fax: 1.202.626.1700 |
| 4 | |
| 5 | PAUL V. SIMPSON, BAR NO. 83878 |
| | psimpson@sgijlaw.com |
| 6 | KENDALL M. BURTON, BAR NO. 228720 |
| | kburton@sgijlaw.com |
| 7 | SIMPSON, GARRITY, INNES & JACUZZI |
| | Professional Corporation |
| 8 | 601 Gateway Boulevard, Suite 950 |
| | South San Francisco, California 94080 |
| 9 | Telephone: (650) 615-4860 |
| | Fax: (650) 615-4861 |
| 10 | |
| | *Attorneys for Defendant* |
| 11 | *LUSH HANDMADE COSMETICS, LLC* |

EEOC v. Lush Handmade Cosmetics LLC
Response to Prospective Intervenor Plaintiffs' Motion for Leave to Intervene as Plaintiffs

3

Case No.: 5:24-cv-06859-PCP

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2025, I electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

Dated: March 20, 2025

BY:   /s/ *Eric S. Dreiband*

EEOC v. Lush Handmade Cosmetics LLC
Response to Prospective Intervenor Plaintiffs' Motion for Leave to Intervene as Plaintiffs

4

Case No.: 5:24-cv-06859-PCP