DAVID A. LOWE (SBN 178811)
dal@rezlaw.com
SAMUEL J. LEFF (SBN 347190)
sjl@rezlaw.com
RUDY, EXELROD, ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800

Attorneys for Plaintiffs
*Emma Cate Robertson*
*Mx. Harris*

PAUL V. SIMPSON (SBN 83878)
psimpson@sgijlaw.com
KENDALL M. BURTON (SBN 228720)
kburton@sgijlaw.com
SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, California 94080
Telephone: (650) 615-4860

Attorneys for Defendant
*Lush Handmade Cosmetics, LLC*

RUDY EXELROD ZIEFF & LOWE LLP
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CALIFORNIA 94104
PH (415) 434-9800 | FX (415) 434-0513 | www.rezlaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSÉ DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, EMMA CATE ROBERTSON and MX. HARRIS<br><br>     Plaintiffs,<br><br>     vs.<br><br>LUSH HANDMADE COSMETICS, LLC, f/k/a LUSH COSMETICS, LLC<br><br>     Defendant. | Case No.  24-cv-06859-PCP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF STATE LAW CLAIMS** |

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF STATE LAW CLAIMS
CASE NO. 24-CV-06859-PCP

IT IS HEREBY STIPULATED, by and between Plaintiffs Emma Cate Robertson and Mx. Harris ("Plaintiffs") and Defendant Lush Handmade Cosmetics, LLC ("Defendant") (collectively, "the Parties"), by and through their respective counsel of record, as follows:

WHEREAS, on April 10, 2025, Plaintiffs filed a Complaint in Intervention alleging claims against Defendant for sex discrimination in violation of Title VII; sex discrimination in violation of the California Fair Employment and Housing Act ("FEHA"); sexual harassment in violation of Title VII; sexual harassment in violation of FEHA; retaliation in violation of Title VII; retaliation in violation of FEHA; and failure to prevent discrimination and harassment in violation of FEHA;

WHEREAS, Defendant filed an Answer to Plaintiffs' Complaint in Intervention on August 4, 2025;

WHEREAS, after extensive settlement negotiations, the Parties have reached an agreement to resolve this matter, contingent upon the dismissal of Plaintiffs' state law claims without prejudice prior to the execution of the settlement agreement;

NOW, THEREFORE, the Parties jointly request an Order dismissing Plaintiffs' Fifth [sic] Claim for unlawful discrimination based on sex in violation of FEHA, Sixth Claim for hostile work environment sexual harassment in violation of FEHA, Seventh Claim for unlawful retaliation based on protected activity violation of FEHA, and Eighth Claim for failure to prevent discrimination and harassment in violation of FEHA, without prejudice.

DATED:  March 10, 2026          RUDY, EXELROD, ZIEFF & LOWE, LLP

By:    /s/ David A. Lowe
       DAVID A. LOWE
       SAMUEL J. LEFF
       *Attorneys for Plaintiffs*
       *Emma Cate Robertson and Mx. Harris*

DATED:  March 10, 2026          SIMPSON, GARRITY, INNES & JACUZZI, P.C.

By:    /s/ Paul V. Simpson
       PAUL V. SIMPSON
       KENDALL M. BURTON
       *Attorneys for Defendant*
       *Lush Handmade Cosmetics, LLC*

RUDY EXELROD ZIEFF & LOWE LLP
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CALIFORNIA 94104
PH (415) 434-9800 | FX (415) 434-0513 | www.rezlaw.com

**ECF ATTESTATION**

Pursuant to Civil L.R. 5-l(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Executed this 10th day of March 2026 at San Francisco, California.

By:    */s/ Samuel J. Leff*
DAVID A. LOWE
SAMUEL J. LEFF
*Attorneys for Plaintiffs*
*Emma Cate Robertson and Mx. Harris*

RUDY EXELROD ZIEFF & LOWE LLP
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CALIFORNIA 94104
PH (415) 434-9800 | FX (415) 434-0513 | www.rezlaw.com

2
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF STATE LAW CLAIMS
CASE NO. 24-CV-06859-PCP

**[PROPOSED] ORDER**

Pursuant to the Parties' Joint Stipulation, and for good cause shown, IT IS HEREBY ORDERED AS FOLLOWS:

1.      Plaintiffs' Fifth [sic] claim for unlawful discrimination based on sex in violation of the California Fair Employment and Housing Act (FEHA) (California Government Code § 12940(a)), Sixth claim for hostile work environment sexual harassment in violation of FEHA (California Government Code § 12940(j)), Seventh claim for unlawful retaliation based on protected activity in violation of FEHA (California Government Code § 12940(h)), and Eighth claim for failure to prevent discrimination and harassment in violation of FEHA (California Government Code § 12940(k)), are hereby dismissed without prejudice.

IT IS SO ORDERED.

DATED:  March_____, 2026

By:  _____
     HONORABLE P. CASEY PITTS
     UNITED STATES DISTRICT JUDGE

RUDY EXELROD ZIEFF & LOWE LLP
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CALIFORNIA 94104
PH (415) 434-9800 | FX (415) 434-0513 | www.rezlaw.com

1

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF STATE LAW CLAIMS
CASE NO. 24-CV-06859-PCP