DAVID A. LOWE (SBN 178811)
dal@rezlaw.com
SAMUEL J. LEFF (SBN 347190)
sjl@rezlaw.com
RUDY, EXELROD, ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513

Attorneys for Plaintiffs
Emma Cate Robertson
Mx. Harris

PAUL V. SIMPSON (SBN 83878)
psimpson@sgijlaw.com
KENDALL M. BURTON (SBN 228720)
kburton@sgijlaw.com
SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, California 94080
Telephone: (650) 615-4860
Fax: (650) 615-4861

Attorneys for Defendant
LUSH HANDMADE COSMETICS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSÉ DIVISION

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, EMMA CATE ROBERTSON and MX. HARRIS | Case No. 24-cv-06859-PCP |
|---|---|
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| vs. | |
| LUSH HANDMADE COSMETICS, LLC, f/k/a LUSH COSMETICS LLC | |
| Defendant. | |

JOINT STIPULATION REGARDING DISMISSAL OF ALL CLAIMS WITH PREJUDICE
CASE NO. 24-CV-06859-PCP

IT IS HEREBY STIPULATED, by and between Plaintiffs Emma Cate Robertson and Mx. Harris ("Plaintiffs") and Defendant Lush Handmade Cosmetics, LLC ("Defendant") (collectively, "the Parties"), by and through their respective counsel of record, as follows:

WHEREAS, on April 10, 2025, Plaintiffs filed a Complaint in Intervention alleging claims against Defendant for sex discrimination in violation of Title VII; sex discrimination in violation of the California Fair Employment and Housing Act ("FEHA"); sexual harassment in violation of Title VII; sexual harassment in violation of FEHA; retaliation in violation of Title VII; retaliation in violation of FEHA; and failure to prevent discrimination and harassment in violation of FEHA ("the Action");

WHEREAS, Defendant filed an Answer to Plaintiffs' Complaint in Intervention on August 4, 2025;

WHEREAS, after extensive settlement negotiations, the Parties resolved this matter, contingent upon the dismissal of Plaintiffs' state law claims without prejudice prior to the execution of the settlement agreement;

WHEREAS, on March 11, 2026, this Court granted the Parties' Joint Stipulation Regarding Dismissal of State Law Claims and the parties subsequently executed the settlement agreement;

NOW, THEREFORE, the Parties jointly request an Order dismissing the entire Action, and all causes of action alleged in the Action, with prejudice.

DATED:  April 3, 2026

RUDY, EXELROD, ZIEFF & LOWE, LLP

By: _____
DAVID A. LOWE
SAMUEL J. LEFF
*Attorneys for Plaintiffs Emma Cate Robertson and Mx. Harris*

DATED:  April 3, 2026

SIMPSON, GARRITY, INNES & JACUZZI, P.C.

By: */s/ Paul Simpson*
PAUL V. SIMPSON
KENDALL M. BURTON
*Attorneys for Defendant*
*Lush Handmade Cosmetics, LLC*

1

**ECF ATTESTATION**

Pursuant to Civil L.R. 5-l(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Executed this 3rd day of April 2026 at San Francisco, California.

By:   */s/ Samuel J. Leff*
DAVID A. LOWE
SAMUEL J. LEFF
*Attorneys for Plaintiffs*
*Emma Cate Robertson and Mx. Harris*

[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING DISMISSAL OF ALL CLAIMS WITH PREJUDICE

CASE NO. 24-CV-06859-PCP

**~~PROPOSED~~ ORDER**

Pursuant to the Parties' Joint Stipulation, and for good cause shown, IT IS HEREBY ORDERED AS FOLLOWS:

1.   Plaintiffs' entire Action, and all causes of action alleged in the Action, are hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:  April 6, 2026

_____
HONORABLE P. CASEY PITTS
UNITED STATES DISTRICT JUDGE

1

~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION REGARDING DISMISSAL OF ALL CLAIMS WITH PREJUDICE

CASE NO. 24-CV-06859-PCP